IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SABRYNA CHRISTENSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROCK GATE CAPITAL, LLC, et al.<br><br>　　　　Defendants. | Case No. 1:25-CV-07180<br><br>Hon. Franklin U. Valderrama |

### DEFENDANT ROCK GATE'S DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES

Defendant Rock Gate Capital, LLC d/b/a 160 Driving Academy and Trucker's Network ("Defendant"), by and through counsel of record, hereby makes the following disclosures pursuant to Fed. R. Civ. P. 7.1 and Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

**Fed. R. Civ. P. 7.1 Corporate Disclosure:** Defendant states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock. Defendant is a limited liability company formed under the laws of the State of Illinois. Defendant's members include:

　　Steve Gold, an individual citizen of Illinois

　　Jason Peltz, an individual citizen of Illinois

　　Sari Factor, an individual citizen of California

　　Morris Gold, an individual citizen of California

　　Rachel Factor, an individual citizen of Washington

1

Scott Taylor, an individual citizen of Michigan

Michael Steinberg, an individual citizen of New York

Rick Jain, an individual citizen of New Jersey

**L.R. 3.2 Notification of Affiliates:** Defendant states Steve Gold owns more than 5% of Defendant and Sari Factor own more than 5% of Defendant.

A supplemental disclosure statement will be filed promptly upon any change in the information provided herein.

Dated: August 25, 2025      Respectfully submitted,

By: */s/ Kelsey Schmidt*
HAYNES AND BOONE, LLP
Kelsey Schmidt
Bar No. 6321457 (Illinois)
675 15th St.
Denver, CO 80202
Telephone: (303) 382-6234
Kelsey.schmidt@haynesboone.com

Julia M. Peebles (*Pro Hac Vice* pending)
Bar No. 24096131 (Texas)
2801 N. Harwood St., Suite 2300
Dallas, Texas 75201
Telephone: (214) 651-5340
Julia.peebles@haynesboone.com

**ATTORNEY FOR DEFENDANTS**